UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>CHICAGO BOARD OPTIONS EXCHANGE, INC.,<br><br>      Defendant. | Civil Action No. 06-CV-13445 (RMB) (THK) |

**INTERNATIONAL SECURITIES EXCHANGE, LLC'S
NOTICE OF MOTION FOR RECONSIDERATION OF
MAGISTRATE KATZ'S MEMORANDUM OPINION AND ORDER
TRANSFERRING THIS ACTION TO THE NORTHERN DISTRICT OF ILLINOIS**

**TO DEFENDANT AND ITS COUNSEL OF RECORD:**

  **NOTICE IS HEREBY GIVEN** that Plaintiff, International Securities Exchange, LLC, hereby moves the Court pursuant to Pursuant to Local Rule 6.3 of the United States District Courts for the Southern and Eastern Districts of New York, for reconsideration of Magistrate Katz's Memorandum Opinion and Order transferring this action to the Northern District of Illinois.

  This motion is based on this Notice of Motion and International Securities Exchange, LLC's Objections to and Request for Reconsideration of Magistrate Katz's Memorandum Opinion and Order Transferring this Action to the Northern District of Illinois, filed concurrently herewith, the pleadings and papers on file, and upon such other matters as may be presented to the Court at the time of any hearing on this matter.

Dated: June 11, 2007

_____
Parker H. Bagley (PB0552)
Michael M. Murray (MM5996)
Chris L. Holm (CH5265)
Christopher J. Gaspar (CG3154)
Jason Gonder (JG3236)
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Direct: (212) 530-5343
Fax: (212) 822-5343

*Attorneys for Plaintiff*
International Securities Exchange, LLC